FEE PAID
N/S

FILED
CLERK, U.S. DISTRICT COURT
11/6/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

DANIEL RAEDE GUERIN
danny@dannyraede.com
500 Westover Dr #36486
Sanford, NC 27330
Telephone: (360) 674-0698

Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

DANIEL RAEDE GUERIN, an individual,

Plaintiff,

v.

CLARITY DEBT RESOLUTION, INC., a California corporation; ASPIRE LAW GROUP, PLLC, a Michigan professional limited liability company; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:26-cv-03291-FWS (KESx)

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF:**
(1) 47 U.S.C. § 227(b)(1)(A)(iii);
(2) 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c)(2);
(3) RCW 80.36.400; and
(4) RCW 80.36.390

**DEMAND FOR JURY TRIAL**

Plaintiff Daniel Raede Guerin ("Plaintiff") alleges as follows. Allegations about Plaintiff and his own acts are made on personal knowledge. All other allegations are made on information and belief, formed after a reasonable inquiry.

## I. JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331, because Plaintiff's claims under the Telephone Consumer Protection Act of

1991, Pub. L. No. 102-243, 105 Stat. 2394, codified at 47 U.S.C. § 227 ("TCPA"), arise under the laws of the United States. *Mims v. Arrow Financial Services, LLC*, 565 U.S. 368 (2012). The Court has supplemental jurisdiction over Plaintiff's claims under Washington law under 28 U.S.C. § 1367(a), because they arise from the same telephone calls and form part of the same case or controversy.

2. This Court has general personal jurisdiction over Defendant Clarity Debt Resolution, Inc., which is incorporated in California and has its principal place of business in Irvine, California, in this District.

3. This Court has specific personal jurisdiction over Defendant Aspire Law Group, PLLC. The claims against Aspire arise out of and relate to a telemarketing campaign that was conducted for the benefit of Clarity Debt Resolution, Inc., a California corporation headquartered in this District, and that delivered the consumers it generated to Aspire. On information and belief, Aspire maintains a continuing arrangement with Clarity under which consumers enrolled through Clarity's intake operation are signed to Aspire retainer agreements, which Clarity's intake agents send to them during the intake call; and Aspire accepts those consumers as fee-paying clients. By entering into and profiting from that arrangement with a California company, Aspire purposefully directed its activities at California and purposefully availed itself of the privilege of conducting business here, and the acts that Clarity performed in this District as Aspire's agent are attributable to Aspire.

4. Venue is proper in this District under 28 U.S.C. § 1391(b)(1), because Clarity resides in this District and each Defendant resides in California within the meaning of 28 U.S.C. § 1391(c)(2). Venue is also proper under 28 U.S.C. § 1391(b)(2), because a substantial part of the events giving rise to the claims occurred in this District. The calls were

made to generate customers for Clarity's business, which Clarity directs from Irvine, and on information and belief the decisions to commission, pay for and accept the results of the campaign were made here. Assignment to the Southern Division is appropriate because Clarity resides in Orange County.

## II. NATURE OF THE ACTION

5. Between May 2025 and April 2026, Plaintiff's personal cellular telephone, (360) 674-0698, received at least 74 calls that each left a prerecorded or artificial-voice message telling him that he had been approved, or nearly approved, for a personal loan. Plaintiff had applied for no loan. His number has been on the National Do Not Call Registry since 2018.

6. The messages were spoken in the names of invented persons, such as "Skyler Wilson", "Abigail Young" or "Zara Sutherland", calling from invented departments, such as an "underwriting desk" or a "Borrower Solutions branch". Many of the messages also named an invented lender, such as "Northstar Financial", "Sterling Credit Partners" or "Silver Line Lending Partners". Each call displayed a different caller identification number, and each message asked Plaintiff to call back.

7. The loans were bait. Consumers who returned calls of this kind were routed to debt-settlement intake operations using the names "Alliant Solution Group", "Reliant Solution Group" and "Better Path Lending", and were sent Aspire retainer agreements. One such consumer sued Clarity Debt Resolution, Inc. and Aspire Law Group, PLLC. The messages she returned came from the same campaign as the messages to Plaintiff and gave callback numbers in the same series. In that action, Clarity's own counsel described Clarity as doing business as Alliant Solution Group and Reliant Solution Group, and the court denied Clarity's and Aspire's motion to

dismiss. *Durham v. Clarity Debt Resolution, Inc.*, No. 3:26-cv-00111 (M.D. Tenn.).

8. Plaintiff brings this action under the TCPA, 47 U.S.C. § 227(b) and (c), and under the Washington statutes that govern automatic dialing and announcing devices, RCW 80.36.400, and telephone solicitation, RCW 80.36.390. Plaintiff's inquiry before filing included federal court records, regulatory orders, the national toll-free number registry, telephone numbering records and published consumer complaints.

## III. PARTIES

9. Plaintiff Daniel Raede Guerin is a natural person and a citizen of the United States. He is, and at all relevant times was, the subscriber and sole user of cellular telephone number (360) 674-0698.

10. Defendant Clarity Debt Resolution, Inc. ("Clarity") is a California corporation. Its filings with the California Secretary of State give its principal office as 2603 Main Street, Suite 100, Irvine, California 92614, and name its chief executive officer, Wahib Mashini, as its agent for service of process at 17875 Von Karman Avenue, Suite 150-250, Irvine, California 92614, which is also the address Clarity gives to state regulators. Clarity sells debt-settlement services to consumers in many states and holds Nationwide Multistate Licensing System identifier 2332349.

11. Defendant Aspire Law Group, PLLC ("Aspire") is a professional limited liability company organized under the laws of Michigan, with an office at 2751 East Jefferson Avenue, Suite 400, Detroit, Michigan 48207. Aspire provides debt-resolution legal services to consumers enrolled in debt-settlement programs.

12. Defendants Does 1 through 10 are the persons and entities, whose true names are presently unknown to Plaintiff, that operated the intake operation to which returned calls were routed, under names including

"Crestwood Loan Advisors", "Corner Mark Credit Partners", "Better Path Lending", "Alliant Solution Group" and "Reliant Solution Group", to the extent those names are not used by Clarity itself. Defendants Does 11 through 20 are the persons and entities, whose true names are presently unknown to Plaintiff, that placed the calls; that supplied the recorded or artificial voice messages, dialing platforms, lead lists, caller identification numbers or callback numbers used to make them; or that personally directed or authorized them. Plaintiff will amend this Complaint to state their true names when they are learned in discovery.

13. At all relevant times each Defendant acted as the agent, co-venturer or co-conspirator of each other Defendant, within the scope of that relationship, and each Defendant authorized, ratified or accepted the benefits of the acts of the others.

## IV. FACTUAL ALLEGATIONS

### A. Plaintiff's telephone number

14. Telephone number (360) 674-0698 is a cellular telephone number assigned to Plaintiff by T-Mobile USA, Inc. on a consumer plan held in Plaintiff's own name. Plaintiff is the only person who uses it.

15. The 360 area code serves western Washington. The T-Mobile account for the number is billed to 11548 Arnold Road SW, Rochester, Washington 98579, the address at which Plaintiff resided when he opened the account, and the account is paid from Plaintiff's personal payment card.

16. Plaintiff registered (360) 674-0698 on the National Do Not Call Registry on 7 February 2018, and it has remained registered continuously since then. The Federal Trade Commission has confirmed the registration to Plaintiff in writing.

17. The number is a personal line on a consumer plan, and Plaintiff uses it primarily for personal purposes. Although he has at times used it to

place calls in the course of his work, to the best of his knowledge and recollection he has never listed it on any business website, invoice, business card, advertisement or directory, and he has never held it out to the public as a business line. It is a residential telephone line within the meaning of 47 C.F.R. § 64.1200(c)(2) and (e). *See Chennette v. Porch.com, Inc.*, 50 F.4th 1217 (9th Cir. 2022).

18. Plaintiff has never applied for a loan from, requested information from, or done business with Clarity, Aspire or any business named in the messages described below. He has never given any Defendant his telephone number, and he has never given any Defendant consent, written or otherwise, to call him with a prerecorded or artificial voice or to make telephone solicitations to him.

**B. The 74 calls**

19. Between May 2025 and April 2026, Plaintiff's number received at least 74 calls that each left a recorded voicemail message offering him a personal loan. Each call is listed in Exhibit A, with its date and time, the caller identification number it displayed, the callback number its message gave, and the opening words of the message. T-Mobile delivered 44 of the messages to Plaintiff's handset with a written transcript. Plaintiff recovered the other 30 as audio recordings from his handset's voicemail store. Plaintiff has preserved every one of the 74 messages.

20. Plaintiff did not answer any of the calls. Each message was left on his voicemail without any person speaking to him.

21. Each message was delivered by a prerecorded or artificial voice. That is shown by, among other things, the following facts:

(a) The messages follow a small number of templates. Each template has a fixed structure, and only the persona, the invented department, the invented lender, the loan amounts, the callback number and a few

interchangeable stock phrases change from one message to the next. One template appears in 31 of the messages, received between June 2025 and February 2026. A message of 27 June 2025 in that template stated: “Hey, this is Grace Robinson giving you a quick call from the account pre-screening office. I see here that we were able to get you conditionally approved for a personal loan of up to $30,000 with a comfortable monthly payment of $275 per month.” Most of the messages of March 2026 follow a second template. A message of 17 March 2026, for example, stated: “Hey, this is Fernanda Carter, and I need just a moment of your time. I’m calling from the underwriting department over at Silver Line Lending Partners. The reason for my call is that I’m showing you’ve been cleared for funding review for a personal loan of up to $60,000 with low monthly payments of just $675 per month.”

(b) The same message was delivered word for word from different caller identification numbers. On 18 March 2026 Plaintiff received three messages from three different numbers, at 8:19 a.m., 1:24 p.m. and 6:23 p.m. Pacific Time, each beginning “Hey, this is Eleanor Miller, and I’m getting back to you from the pre-qualification office over at Northstar Financial”, and each identical to the others, including the loan amount and the monthly payment. On 19 March 2026 he received three more identical messages, from three other numbers, each beginning “Hey, this is Adriana Green, and I’m reaching out to you from the loan review group over at National Lending Group”. The 2025 messages show the same pattern. Messages in the names of “Aubrey Carter” (11 and 12 August 2025), “Olivia Martin” (24 October 2025), “Zoe Flores” (3 December 2025) and “Nora Young” (15 December 2025) each arrived twice, from two

different numbers, with the same script, loan amount, monthly payment and callback number.

(c) A single persona, “Abigail Young”, left four word-for-word identical messages between 31 July and 6 August 2025, from four different caller identification numbers, each giving the same callback number, (833) 487-2543. Two of those messages reached Plaintiff’s voicemail 25 seconds apart, at 3:02 p.m. Pacific Time on 31 July 2025, from two different numbers, although each message is about 30 seconds long.

(d) Messages recite the same stock sentences under different persona names. Four messages received between 10 and 20 April 2026, in the names of “Zara Sutherland” and “Paloma Davenport” and of an unnamed caller from a “Borrower Solutions branch”, each contained the sentence “The moment the program cap is reached, all pending offers get withdrawn.” In 2025, messages in the names of “Grace Robinson”, “Bella Scott” and “Emily Nelson” each said “These offers tend to go fast, so timing is important here.” Messages in the names of “Violet Rodriguez”, “Scarlett Smith” and “Paisley Robinson” each said “Please note that approval slots are filling quickly and this won’t last forever”, and so did a message of 2 February 2026 in the name of “Skyler Wilson”.

(e) The messages of 29 January and 16 February 2026 each instructed Plaintiff: “To speak with a team member, please press 2. To be added to our do not call list, please press 9.” That instruction is meaningful only to an automated system.

22. Each call was made to encourage Plaintiff to purchase or obtain a loan, debt-relief services or related financial services. Each was therefore a “telephone solicitation” within the meaning of 47 U.S.C. § 227(a)(4) and

RCW 80.36.390(1)(a), and a “commercial solicitation” within the meaning of RCW 80.36.400(1)(c).

23. Each message falsely represented that Plaintiff had been approved, pre-qualified or found eligible for a loan, or that a loan offer was pending for him. Plaintiff had applied for no loan, and no lender had approved him for one.

24. No message identified Clarity or Aspire. Each message named an invented person and, in most cases, an invented lender or an invented “department”. The two messages that named “Crestwood Loan Advisors” gave only that trade name and a toll-free number.

25. Each of the 74 calls displayed a different caller identification number. Plaintiff alleges on information and belief that the callers rotated caller identification numbers to defeat call blocking and to conceal their identity.

**C. The campaign leads to Clarity**

26. Two of the messages named the business behind them, and each of those two joins the persona script to that business in a single recording. The messages of 29 January and 16 February 2026 began in the form of the persona messages, with “Hey, this is Gianna Garcia touching base from the” and “Hey this is Emily Martinez giving you a quick ring from”. Each then broke off in mid-sentence and continued with the same announcement, word for word: “This is brought to you by Crestwood Loan Advisors. You can reach us at 877-419-6664. This message is from the loan department. We have a pending offer of $70,000 in the form of an unsecured loan.”

27. Reports published online by other recipients of the same campaign quote messages that also join the Crestwood announcement to the scripts and callback numbers in the messages to Plaintiff. Recipients quoted messages in which the words “You can reach us at 877-419-6664. This

message is from the loan department" were followed by the callback numbers (315) 208-3919, (315) 215-8010, (315) 215-8045 and (315) 215-8129, each of which was the callback number in one or more of the messages to Plaintiff. The report about (315) 215-8045 quotes the announcement from its first words, "This is brought to you by Crestwood Loan Advisors". On 20 April 2026 two recipients reported a message that began "hi this is the time sensitive message from Crestwood loan advisors" and continued with the "Zara Sutherland" script that Plaintiff received on 10 and 20 April 2026.

28. A website that compiles the Federal Trade Commission's public data on consumer Do Not Call complaints reports 2,624 complaints about (877) 419-6664, dated from 22 February 2026 to 23 April 2026. Consumers classified those calls under the subject "reducing your debt".

29. A Responsible Organization, or "RespOrg", is the company that reserves a toll-free number in the national registry and controls where calls to that number are delivered. The campaign's callback numbers and the intake operation's telephone numbers were held by the same RespOrgs. Crestwood's (877) 419-6664 and (866) 450-7776, which was the callback number given in the earliest message to Plaintiff, on 22 May 2025, were both held by Lincoln Communications Group (RespOrg code LKG01) in every monthly snapshot of the national registry from March 2025 to October 2026. In the snapshot for November 2026, both numbers are shown as disconnected and in transit.

30. Clarity's intake operation uses the names "Alliant Solution Group" and "Reliant Solution Group", and it enrolls customers through an operation that uses the name "Better Path Lending". The plaintiff in *Durham* sued "Clarity Debt Resolution, Inc. d/b/a Alliant Solution Group, d/b/a Reliant Solution Group". *Durham*, ECF No. 1 at 1. Moving to dismiss

that complaint, Clarity's counsel described their client in the same words: "Defendants Clarity Debt Resolution, Inc. d/b/a Alliant Solution Group d/b/a Reliant Solution Group ("Clarity") and Aspire Law Group, PLLC . . . move to dismiss". *Durham*, ECF No. 17 at 1. The *Durham* plaintiff alleged that a prerecorded call transferred her to "an agent with Alliant Solution Group d/b/a Defendant Clarity", who sent her an Aspire retainer agreement for electronic signature during the call, and that a later call to an agent using "Better Path Lending branding" also ended with an Aspire retainer agreement. *Durham*, ECF No. 1 ¶¶ 24–28, 35, 42–44.

31. Better Path Lending and Alliant Solution Group, another of the intake entities named in *Durham*, have published the same telephone number. The websites betterpathlending.com, as archived on 11 December 2025, and alliantsolutiongroup.com, as archived on 3 August 2025, each give (833) 487-2184 as the number to call. That number has been held by the RespOrg HFA Holdings (RespOrg code HBH01) in every registry snapshot from June 2022 to November 2026. Twenty-five of the messages to Plaintiff, received between June and December 2025, gave callback numbers in the same (833) 487-2xxx series. Each of those numbers that Plaintiff has checked in the national toll-free registry, including (833) 487-2166 and (833) 487-2543, has been held by HFA Holdings in every snapshot from June 2022 to November 2026. Four of the caller identification numbers displayed on the calls to Plaintiff of 24 and 25 March 2026 were unassigned in the registry snapshot for March 2026 and have been held by HFA Holdings in every snapshot since April 2026. The registry records each of the four as in service with HFA Holdings since 24 March 2026, the day the first of those calls was made.

32. The voicemails that led the *Durham* plaintiff to Clarity were messages of the campaign that called Plaintiff. Her complaint reproduces

three of them, as transcribed on her handset. They were received on 8 October, 4 November and 13 December 2025, and they gave the callback numbers (833) 487-2627, (833) 487-2679 and (833) 487-2757. Those three numbers belong to the (833) 487-2xxx series described in paragraph 31, and each has been held by HFA Holdings in every registry snapshot from June 2022 to November 2026. Plaintiff's messages of 15 December 2025 gave (833) 487-2758, the number next to the one the *Durham* plaintiff was given two days earlier. The *Durham* plaintiff's messages also follow the template of the 2025 messages to Plaintiff described in paragraph 21(a). Her message of 8 October 2025 came from "Abigail" at "the approval department" and said "I see here that we were able to get you into offer pending status for a debt consolidation loan up to $30,000 with a comfortable monthly payment of $450 per month". Plaintiff's messages of 31 July to 6 August 2025 came from "Abigail Young", and his message of 27 June 2025 said "I see here that we were able to get you conditionally approved for a personal loan of up to $30,000 with a comfortable monthly payment of $275 per month." The *Durham* message of 4 November 2025 said "I see here that we were able to get you approved pending verification for a personal loan as much as $80,000 with a great monthly payment of $475 per month", followed by "as you may know funds are limited". Plaintiff's messages of 22 October, 18 November and 15 December 2025 each said that he had been "approved pending verification" for a loan, and his messages of 25 September and 15 November 2025 each said "As you may know, funds are limited and are released on a first-come, first-served basis." When the *Durham* plaintiff called (833) 487-2627 and (833) 487-2679 she reached agents of Reliant Solution Group, and when she called (833) 487-2757 she reached an agent using Better Path Lending branding. Each of those calls ended with an Aspire retainer agreement being sent to her. *Durham*, ECF No. 1 ¶¶ 35–44.

33. The *Durham* plaintiff also alleged that between September 2025 and February 2026 her cellular telephone received more than 150 ringless voicemails delivering “the same prerecorded pitch” from “rotating originating numbers”, and that her calls returning those voicemails “all . . . led to a similar intake procedure with one of three entities affiliated with Clarity: Alliant Solution Group, Reliant Solution Group, and Better Path Lending.” *Durham*, ECF No. 26 at 2. During those intake calls, Clarity’s representative sent her an Aspire retainer agreement. *Id.* at 2, 8. On 2 October 2026 the court denied Clarity’s and Aspire’s motion to dismiss. The court held that the complaint gave each of them fair notice of the claim against it, that Aspire, as alleged, had ratified the calls, and that the argument that a consumer consents to calls by answering or returning one “gets things backwards”. *Id.* at 6–9.

34. Another consumer who reported receiving these calls, whose voicemails gave callback numbers in the (315) 208 and (315) 205–206 ranges and whose answered calls gave (877) 419-6664, has published an account stating that a representative named “Elias” first identified his company as “Corner Mark Credit Partners”, then as “Better Path Lending”, gave the website betterpathlending.com, and refused to provide a licensing identifier. That account is consistent with the calls described in paragraph 32, in which the same campaign led to Better Path Lending.

35. The messages of 2025 and those of February to April 2026 belong to one campaign. The template of the 2025 messages continued into February 2026 with the same stock sentences, and its callback numbers moved from the (833) 487-2xxx series to the (315) 208 and (315) 215 series that the messages of March 2026 also used. Messages in that template gave callback numbers in the (315) 208 series on 9 and 27 January 2026, and in the (315) 215 series between 2 and 14 February 2026. A message of 11

March 2026, which Plaintiff recovered from his handset, is in the second template. It names "American Funding Solutions", as a message of 4 March 2026 also did, and gives a callback number in the (315) 208 series, (315) 208-3963. The messages of 29 January and 16 February 2026, described in paragraph 26, join the persona script to Crestwood Loan Advisors.

36. On information and belief, the calls to Plaintiff were made by one or more lead generators or voice-broadcast vendors acting for Clarity, to generate customers for Clarity's debt-settlement business, and consumers who returned the calls were routed to Clarity's intake operation, enrolled in Clarity's programs and signed to Aspire retainer agreements.

**D. Clarity's and Aspire's liability**

37. A seller is liable under the TCPA for calls made on its behalf by a third party under federal common-law principles of agency, including actual authority, apparent authority and ratification. *In re Joint Petition Filed by Dish Network, LLC*, 28 FCC Rcd. 6574 (2013); *Gomez v. Campbell-Ewald Co.*, 768 F.3d 871 (9th Cir. 2014), *aff'd*, 577 U.S. 153 (2016); *Jones v. Royal Administration Services, Inc.*, 887 F.3d 443 (9th Cir. 2018).

38. Clarity authorized the calls, or knowingly accepted their benefits. The calls had one commercial purpose, which was to deliver consumers to Clarity's intake operation for enrollment in its debt-settlement programs. Clarity accepted the consumers the campaign produced. It continued to do so after it had been sued under the TCPA in *Fasolino v. Clarity Debt Resolution, Inc.*, No. 3:24-cv-00432 (W.D. Tex., filed Dec. 4, 2024), *Marchica v. Clarity Debt Resolution, Inc.*, No. 2:25-cv-02973 (C.D. Cal., filed Apr. 4, 2025), *Hull v. Clarity Debt Resolution, Inc.*, No. 1:25-cv-01149 (D. Colo., filed Apr. 11, 2025), *Hershkowitz v. Clarity Debt Resolution, Inc.*, No. 4:25-cv-01233 (E.D. Mo., filed Aug. 14, 2025) and *Durham*, in which a consumer complained of prerecorded voicemails routed to the same intake

operation.

39. Aspire ratified the calls. During intake calls, Clarity's intake agents sent Aspire's retainer agreements to the consumers the campaign produced, and Aspire accepted those consumers as clients. On 4 December 2025 the plaintiff in *Durham* gave the defendants' counsel written notice of the campaign, with documentation, and the voicemails to her continued. *Durham*, ECF No. 26 at 6. On 2 February 2026 she sued Clarity and Aspire. On information and belief, Aspire nevertheless continued to accept consumers delivered by the campaign. At least 52 of the calls to Plaintiff were made after 4 December 2025, and 45 of them were made on or after 2 February 2026.

40. The violations were knowing and willful. Plaintiff's number had been on the National Do Not Call Registry for more than seven years before the first call. A seller that makes telephone solicitations can escape liability for a call to a registered number only if, among other things, it screens its calling lists against a version of the Registry obtained no more than 31 days before the call. 47 C.F.R. § 64.1200(c)(2)(i)(D). Any such screening would have removed Plaintiff's number. Defendants knew that the calls were made with a prerecorded or artificial voice to consumers who had not consented, because that was how the campaign worked, and the calls continued after other consumers had sued Defendants over the same conduct.

41. *Durham* is a putative class action. Plaintiff brings this action on his own behalf and will request exclusion from any class certified in *Durham*.

42. On 21 October 2026, before filing this action, Plaintiff wrote by certified mail to Clarity, at 17875 Von Karman Avenue in Irvine, the address of its agent for service of process, and in care of Registered Agents Inc. in Sacramento, and to Aspire, at its Detroit office and by email. His letters

identified the 44 calls of February to April 2026, asked that his number be placed on each Defendant's internal do-not-call list and invited a response by 4 November 2026. Neither Defendant responded.

**E. Harm to Plaintiff**

43. The calls invaded Plaintiff's privacy and intruded upon his seclusion, which are the harms that Congress and the Washington Legislature enacted these statutes to prevent. *Van Patten v. Vertical Fitness Group, LLC*, 847 F.3d 1037, 1043 (9th Cir. 2017). The calls occupied his telephone line and voicemail storage, interrupted him, and required him to spend time reviewing and preserving 74 messages. Plaintiff registered his number on the National Do Not Call Registry so that he would not receive calls of this kind.

## V. CLAIMS FOR RELIEF

### COUNT I

### Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A)(iii)

### (Prerecorded or Artificial-Voice Calls to a Cellular Telephone)

### (Against All Defendants)

44. Plaintiff incorporates paragraphs 1 through 43.

45. Defendants made, initiated, or caused to be made 74 calls to Plaintiff's cellular telephone number using an artificial or prerecorded voice, without his prior express consent and not for emergency purposes, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

46. Does 11 through 20 are directly liable as the persons who made the calls. Clarity and Aspire are vicariously liable for the calls, which were made on their behalf by agents acting with their actual or apparent authority, and which they ratified by knowingly accepting the benefits of the campaign. Does 1 through 10 are liable on the same grounds.

47. Under 47 U.S.C. § 227(b)(3), Plaintiff is entitled to $500 in

statutory damages for each call, to up to $1,500 for each call because the violations were willful or knowing, and to an injunction.

**COUNT II**

**Telephone Consumer Protection Act, 47 U.S.C. § 227(c)(5) and 47 C.F.R. § 64.1200(c)(2)**

**(Telephone Solicitations to a Number on the National Do Not Call Registry)**

**(Against All Defendants)**

48. Plaintiff incorporates paragraphs 1 through 43.

49. Plaintiff's number had been registered on the National Do Not Call Registry for more than 31 days before each call. Defendants initiated, or caused to be initiated, more than one telephone solicitation to that number within a twelve-month period, by or on behalf of the same entity, in violation of 47 C.F.R. § 64.1200(c)(2).

50. Under 47 U.S.C. § 227(c)(5), Plaintiff is entitled to up to $500 in statutory damages for each violation, to up to $1,500 for each violation because the violations were willful or knowing, and to an injunction.

**COUNT III**

**RCW 80.36.400(2)**

**(Commercial Solicitation by Automatic Dialing and Announcing Device)**

**(Against All Defendants)**

51. Plaintiff incorporates paragraphs 1 through 43.

52. Each call was made using an "automatic dialing and announcing device", a system which automatically dials telephone numbers and transmits a recorded or artificial voice message once a connection is made. Under RCW 80.36.400(1)(b), such a message is transmitted "even if the recorded or artificial message goes directly to a recipient's voicemail."

53. Each call was a commercial solicitation intended to be received by a telephone customer within the State of Washington: it was directed to a Washington telephone number, in Washington's 360 area code, held on an account billed to a Washington address.

54. Each Defendant used an automatic dialing and announcing device for purposes of commercial solicitation, directly or through agents for whose acts it is responsible, in violation of RCW 80.36.400(2).

55. Under RCW 80.36.400(4), Plaintiff is entitled to recover actual damages or $1,000 for each violation, whichever is greater, and to an injunction against further violations.

**COUNT IV**

**RCW 80.36.390(3), (9) and (13)**

**(Telephone Solicitation)**

**(Against All Defendants)**

56. Plaintiff incorporates paragraphs 1 through 43.

57. Each call was a telephone solicitation within the meaning of RCW 80.36.390(1), intended to be received by a telephone customer within the State of Washington for the reasons stated in paragraph 53, and made to a telephone number registered on the National Do Not Call Registry, in violation of RCW 80.36.390(9).

58. No call identified, within its first 30 seconds or at all, Clarity or Aspire, on whose behalf the solicitations were made, in violation of RCW 80.36.390(3). Each named an invented person and, in most cases, an invented lender, an invented "department" or the trade name "Crestwood Loan Advisors" instead.

59. Defendants initiated the solicitations, or caused them to be initiated. The violations were repeated: Plaintiff's number received 74 of them over eleven months.

60. Under RCW 80.36.390(13), the Court "shall award damages of at least $1,000 for each individual violation of this section" and "shall award the aggrieved person reasonable attorneys' fees and cost of the suit."

## VI. PRAYER FOR RELIEF

Plaintiff asks the Court to enter judgment in his favor and against Defendants, jointly and severally, for:

A. Statutory damages under 47 U.S.C. § 227(b)(3) of $500 for each of the 74 calls, increased to $1,500 for each call as willful or knowing violations, a total of $111,000;

B. Statutory damages under 47 U.S.C. § 227(c)(5) of $500 for each of the 74 violations, increased to $1,500 for each violation as willful or knowing, a total of $111,000;

C. Damages under RCW 80.36.400(4) of $1,000 for each of the 74 violations, a total of $74,000;

D. Damages under RCW 80.36.390(13) of at least $1,000 for each individual violation, being not less than $74,000, together with the costs of suit;

E. A permanent injunction prohibiting each Defendant, and all persons acting in concert with it, from making or causing to be made any prerecorded or artificial-voice call, or any telephone solicitation, to Plaintiff's telephone number;

F. Pre-judgment and post-judgment interest as allowed by law;

G. Plaintiff's costs; and

H. Such other relief as the Court considers just.

## VII. DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure 38 and Local Rule 38-1, Plaintiff demands a trial by jury on all issues so triable.

Dated: 6 November 2026

Daniel Raede Guerin

Plaintiff, Pro Se

# EXHIBIT A

Schedule of 74 prerecorded or artificial-voice calls to (360) 674-0698

**EXHIBIT A, PART 1: 30 MESSAGES RECOVERED FROM PLAINTIFF'S HANDSET (MAY 2025 TO MARCH 2026)**

Each row is one call that left a recorded voicemail message on Plaintiff's cellular telephone. These 30 messages were not delivered with a carrier transcript. Plaintiff recovered each one as an audio recording from his handset's voicemail store and has preserved each recording. Dates and times are Pacific Time, converted from the timestamps recorded by the handset. "Caller ID" is the number displayed. The handset recorded the caller identification number in row 8 without its leading country code. "Callback" is the number the message asked Plaintiff to call. "Length" is the length of the recording in seconds. "Opening words" are the first words of the message, transcribed from the recording. In row 29 the words in brackets describe the recording.

| No. | Date | Time | Caller ID | Callback | Length | Opening words of message |
|---|---|---|---|---|---|---|
| 1 | 2025-05-22 | 16:38 | (585) 677-9477 | 866-450-7776 | 30 | Hey, this is Trevor Banks with the Approval Department. I'm reaching out because you've been pre-qualified for a personal loan of $60,000. … |
| 2 | 2025-06-27 | 18:12 | (585) 561-9563 | 833-487-2166 | 30 | Hey, this is Grace Robinson giving you a quick call from the account pre-screening office. I see here that … |
| 3 | 2025-07-31 | 15:02 | (680) 226-9009 | 833-487-2543 | 30 | Hey, this is Abigail Young trying to reconnect from the underwriting desk. I see here that … |
| 4 | 2025-07-31 | 15:02 | (680) 203-9934 | 833-487-2543 | 30 | Hey, this is Abigail Young trying to reconnect from the underwriting desk. I see here that … |
| 5 | 2025-08-01 | 14:53 | (518) 904-1617 | 833-487-2543 | 30 | Hey, this is Abigail Young trying to reconnect from the underwriting desk. I see here that … |
| 6 | 2025-08-06 | 11:47 | (866) 507-4034 | 833-487-2543 | 30 | Hey, this is Abigail Young trying to reconnect from the underwriting desk. I see here that … |
| 7 | 2025-08-11 | 13:58 | (888) 848-9531 | 833-487-2544 | 30 | Hey, this is Aubrey Carter giving you a quick call from the Account Pre-Screening Office. I see here that … |
| 8 | 2025-08-12 | 16:37 | (877) 782-1460 | 833-487-2544 | 30 | Hey, this is Aubrey Carter giving you a quick call from the Account Pre-Screening Office. I see here that … |
| 9 | 2025-08-26 | 18:20 | (315) 964-6788 | 833-487-2563 | 33 | Hey, this is Violet Rodriguez reaching out from the account pre-screening team. I see here that … |
| 10 | 2025-08-28 | 14:52 | (716) 554-6057 | 833-487-2568 | 30 | Hey, this is Scarlett Smith wanted to get in touch from the loan processing unit. I see here that … |
| 11 | 2025-09-05 | 18:00 | (838) 204-9993 | 833-487-2579 | 30 | Hey, this is Ellie Allen attempting to reach you from the Funding Approval Division. I see here that … |
| 12 | 2025-09-25 | 16:42 | (585) 592-0979 | 833-487-2609 | 30 | Hey, this is Savannah Walker making sure you got our last message from the eligibility review unit. I see here that … |
| 13 | 2025-10-22 | 12:42 | (877) 785-6163 | 833-487-2652 | 30 | Hey, this is Bella Scott reaching out from the eligibility review desk. I see here that … |
| 14 | 2025-10-24 | 16:32 | (844) 914-5623 | 833-487-2655 | 30 | Hey, this is Olivia Martin giving you a quick ring from the offer determination team. I see here that … |
| 15 | 2025-10-24 | 18:45 | (877) 789-5640 | 833-487-2655 | 29 | This is Olivia Martin giving you a quick ring from the offer determination team. I see here that … |
| 16 | 2025-11-03 | 09:49 | (877) 747-6695 | 833-487-2675 | 31 | Hey, this is Emily Nelson circling back from the Offer Determination Department. I see here that … |
| 17 | 2025-11-15 | 09:56 | (888) 452-9027 | 833-487-2696 | 29 | This is Nora Johnson trying to connect from the Eligibility Review Desk. I see here that … |

| No. | Date | Time | Caller ID | Callback | Length | Opening words of message |
|---|---|---|---|---|---|---|
| 18 | 2025-11-18 | 16:03 | (888) 575-8448 | 833-487-2702 | 32 | Hey, this is Lily Baker wanted to get in touch from the eligibility review department. I see here that … |
| 19 | 2025-11-19 | 08:33 | (833) 445-9905 | 833-487-2703 | 35 | Hey, this is Paisley Robinson. Just wanted to follow up with the approval desk. I see here that … |
| 20 | 2025-11-28 | 09:21 | (877) 902-2074 | 833-487-2716 | 33 | Hey, this is Elizabeth Adams, making sure you got our last message from the credit review group. I see here that … |
| 21 | 2025-12-03 | 13:36 | (888) 519-9053 | 833-487-2730 | 29 | Hey, this is Zoe Flores calling from the Financial Analysis Department. I see here that … |
| 22 | 2025-12-03 | 18:42 | (833) 346-2415 | 833-487-2730 | 29 | Hey, this is Zoe Flores calling from the Financial Analysis Department. I see here that … |
| 23 | 2025-12-09 | 09:05 | (844) 744-1926 | 833-487-2752 | 33 | Hey, this is Ellie Moore Touching Base from the Funding Approval Department. I see here that … |
| 24 | 2025-12-15 | 13:43 | (833) 345-5639 | 833-487-2758 | 30 | Hey, this is Nora Young trying to connect from the Funding Approval Division. I see here that … |
| 25 | 2025-12-15 | 17:09 | (844) 632-6420 | 833-487-2758 | 29 | Hey, this is Nora Young trying to connect from the Funding Approval Division. I see here that … |
| 26 | 2025-12-26 | 11:38 | (855) 704-6884 | 833-487-2792 | 30 | Hey, this is Bella Hall just wanted to follow up from the credit review department. I see here that … |
| 27 | 2026-01-09 | 18:46 | (844) 885-8320 | 315-208-3858 | 29 | Hey, this is Harper Ramirez hoping to catch you from the loan review team. I see here that … |
| 28 | 2026-01-27 | 09:16 | (866) 241-4582 | 315-208-3958 | 30 | Hey, this is Layla Carter circling back from the financial analysis desk. I see here that … |
| 29 | 2026-01-29 | 10:35 | (855) 754-5853 | 877-419-6664 | 34 | Hey, this is Gianna Garcia touching base from the [message breaks off] This is brought to you by Crestwood Loan Advisors. You can reach us at 877-419-6664. … |
| 30 | 2026-03-11 | 13:28 | (877) 891-8173 | 315-208-3963 | 45 | Hey, this is Naomi Perez, and I'm calling you from the underwriting group over at American Funding Solutions. The reason for my call … |

### EXHIBIT A, PART 2: 44 MESSAGES DELIVERED WITH A CARRIER TRANSCRIPT (FEBRUARY TO APRIL 2026)

Dates and times are Pacific Time, converted from the delivery timestamps recorded by Plaintiff's handset. "Lender named" is the business the message claimed to speak for, where it named one. "Opening words" are the first words of T-Mobile's written transcript. Plaintiff has preserved the full transcript of every message.

| No. | Date | Time | Caller ID | Callback | Lender named | Opening words of message |
|---|---|---|---|---|---|---|
| 31 | 2026-02-02 | 12:54 | (866) 617-5074 | 315-215-8010 | | Hey, this is Skyler Wilson touching base from the approval team. I see here that we were able to get you conditionally approved for a personal loan … |
| 32 | 2026-02-02 | 13:16 | (855) 808-2648 | 315-215-8010 | | This is Skyler Wilson touching base from the approval team. I see here that we were able to get you conditionally approved for a personal loan of up … |
| 33 | 2026-02-12 | 14:17 | (607) 380-0086 | 315-215-8113 | | Hey, this is Emma Adams giving you a quick call from the approval desk. I see here that we were able to get you tentatively approved for a personal … |
| 34 | 2026-02-14 | 08:52 | (845) 989-0157 | 315-215-8129 | | Hey, this is Gianna Williams attempting to reach you from the financial analysis desk. I see here that we were able to get you past initial review … |
| 35 | 2026-02-16 | 14:50 | (833) 744-8556 | 877-419-6664 | Crestwood Loan Advisors | Hey this is Emily Martinez giving you a quick ring from. This is brought to you by Crestwood Loan Advisors. You can reach us at 877-419-6664. This … |
| 36 | 2026-03-02 | 14:05 | (844) 982-8332 | 315-208-3879 | Northstar Financial | Hey, this is Kayla Reyes, and I've got some important news for you. I'm reaching out from the credit review office over at Northstar Financial. The … |
| 37 | 2026-03-03 | 12:19 | (844) 917-9211 | 315-208-3891 | Meridian Financial Group | Hey, this is Ivy Long, and I'm reaching out to you from the offer determination division over at Meridian Financial Group. The reason for my call is … |
| 38 | 2026-03-04 | 13:58 | (833) 378-7371 | 315-208-3900 | American Funding Solutions | Hey, this is Everly Phillips, and I'm circling back with you from the underwriting division over at American Funding Solutions. The reason for my … |
| 39 | 2026-03-05 | 18:27 | (877) 380-5549 | 315-208-3908 | Keystone Financial Group | Hey, this is Tessa Bailey, and this is actually an urgent follow-up call from the offer determination office over at Keystone Financial Group. The … |
| 40 | 2026-03-06 | 08:37 | (844) 768-1026 | 315-208-3919 | Sterling Credit Partners | This is Christina Brown, and I'm calling you from the Financial Review Group over at Sterling Credit Partners. The reason for my call is that I'm … |
| 41 | 2026-03-06 | 13:14 | (833) 482-9320 | 315-208-3919 | Sterling Credit Partners | Hey, this is Christina Brown, and I'm calling you from the Financial Review Group over at Sterling Credit Partners. The reason for my call is that … |
| 42 | 2026-03-07 | 10:19 | (833) 815-8126 | 315-208-3930 | First Alliance Lending | Hey, this is Isla Scott, and I'm hoping to finally connect with you. I'm calling from the Financial Review Group over at First Alliance Lending. The … |

| No. | Date | Time | Caller ID | Callback | Lender named | Opening words of message |
|---|---|---|---|---|---|---|
| 43 | 2026-03-09 | 08:11 | (833) 913-5986 | 315-208-3940 | Liberty Lending Partners | This is Amber Long, and I'm following up with you from the Financial Review Group over at Liberty Lending Partners. The reason for my call is that … |
| 44 | 2026-03-09 | 13:32 | (844) 521-5238 | 315-208-3940 | Liberty Lending Partners | This is Amber Long, and I'm following up with you from the Financial Review Group over at Liberty Lending Partners. The reason for my call is that … |
| 45 | 2026-03-10 | 14:40 | (855) 791-8198 | 315-208-3952 | Evergreen Capital Group | This is Grace Martin, and I wanted to make sure I caught you. I'm calling from the eligibility review group over at Evergreen Capital Group. The … |
| 46 | 2026-03-13 | 08:56 | (844) 870-7921 | 315-215-8002 | Summit Lending Solutions | This is Leah Perez, and I need just a moment of your time. I'm calling from the account services office over at Summit Lending Solutions. The reason … |
| 47 | 2026-03-13 | 13:47 | (844) 870-1680 | 315-215-8005 | Patriot Financial Solutions | Hey, this is Mackenzie Lopez, and I need just a moment of your time. I'm calling from the account services division over at Patriot Financial … |
| 48 | 2026-03-16 | 13:27 | (888) 493-9910 | 315-215-8040 | Summit Lending Solutions | Hey, this is Eliana Ruiz, and this is actually an urgent follow-up call from the Financial Review Office over at Summit Lending Solutions. The reason … |
| 49 | 2026-03-16 | 17:39 | (866) 534-7844 | 315-215-8040 | Summit Lending Solutions | Hey, this is Eliana Ruiz, and this is actually an urgent follow-up call from the Financial Review office over at Summit Lending Solutions. The reason … |
| 50 | 2026-03-17 | 08:06 | (877) 529-1942 | 315-215-8045 | Independence Financial Group | Hey, this is Ella Perez, and this is actually an urgent follow-up call from the funding approval office over at Independence Financial Group. The … |
| 51 | 2026-03-17 | 16:34 | (855) 337-8158 | 315-215-8049 | Silver Line Lending Partners | The hey, this is Fernanda Carter, and I need just a moment of your time. I'm calling from the underwriting department over at Silver Line Lending … |
| 52 | 2026-03-18 | 08:19 | (855) 470-9221 | 315-215-8092 | Northstar Financial | Hey, this is Eleanor Miller, and I'm getting back to you from the pre-qualification office over at Northstar Financial. The reason for my call is … |
| 53 | 2026-03-18 | 13:24 | (855) 298-6818 | 315-215-8092 | Northstar Financial | Hey, this is Eleanor Miller, and I'm getting back to you from the pre-qualification office over at Northstar Financial. The reason for my call is … |
| 54 | 2026-03-18 | 18:23 | (833) 541-9139 | 315-215-8092 | Northstar Financial | Hey, this is Eleanor Miller, and I'm getting back to you from the pre-qualification office over at Northstar Financial. The reason for my call is … |
| 55 | 2026-03-19 | 08:40 | (877) 487-9110 | 315-215-8099 | National Lending Group | Hey, this is Adriana Green, and I'm reaching out to you from the loan review group over at National Lending Group. The reason for my call is that I'm … |

| No. | Date | Time | Caller ID | Callback | Lender named | Opening words of message |
|---|---|---|---|---|---|---|
| 56 | 2026-03-19 | 12:51 | (855) 370-8977 | 315-215-8099 | National Lending Group | Hey, this is Adriana Green, and I'm reaching out to you from the loan review group over at National Lending Group. The reason for my call is that I'm … |
| 57 | 2026-03-19 | 17:20 | (866) 726-1658 | 315-215-8099 | National Lending Group | Hey, this is Adriana Green, and I'm reaching out to you from the loan review group over at National Lending Group. The reason for my call is that I'm … |
| 58 | 2026-03-20 | 08:49 | (855) 371-9032 | 315-215-8126 | Liberty Lending Partners | Hey, this is Luna Roberts, and I'm getting back to you from the account services office over at Liberty Lending Partners. The reason for my call is … |
| 59 | 2026-03-20 | 20:14 | (888) 322-9294 | 315-215-8126 | Liberty Lending Partners | This is Luna Roberts, and I'm getting back to you from the account services office over at Liberty Lending Partners. The reason for my call is that … |
| 60 | 2026-03-24 | 12:40 | (844) 612-5320 | 315-215-8149 | Federal Lending Solutions | For calling this is Kelsey Lee, and I wanted to make sure I caught you. I'm calling from the credit review team over at Federal Lending Solutions. … |
| 61 | 2026-03-24 | 18:29 | (833) 642-5618 | 833-371-6741 | Pacific Trust Financial | Hey, this is Kimsley Carter, and I'm reaching out to you from the Financial Review Group over at Pacific Trust Financial. The reason for my call is … |
| 62 | 2026-03-25 | 10:23 | (833) 652-5885 | 833-371-7380 | Trident Financial Services | Hey, this is Selena Ward, and I'm circling back with you from the loan processing team over at Trident Financial Services. The reason for my call is … |
| 63 | 2026-03-25 | 17:56 | (844) 612-8566 | 833-371-7380 | Trident Financial Services | Hey, this is Selena Ward, and I'm circling back with you from the loan processing team over at Trident Financial Services. The reason for my call is … |
| 64 | 2026-03-27 | 10:10 | (269) 431-9281 | 585-763-8145 | | Hi there, my name is Harlow Sutherland, and you really need to hear this. I'm phoning from the disbursement center. I'm notifying you because our … |
| 65 | 2026-03-31 | 08:19 | (417) 244-1197 | 585-763-8145 | | Hi there, my name is Harlow Sutherland, and you really need to hear this. I'm phoning from the disbursement center. I'm notifying you because our … |
| 66 | 2026-04-03 | 18:09 | (986) 242-1951 | 217-438-0791 | | Hi there, my name is Maxine Kensington, and I'm trying to reach you from the application processing section. I'm notifying you because our records … |
| 67 | 2026-04-10 | 13:55 | (656) 231-7995 | 217-834-9977 | | You've qualified for a personal. Hi there. My name is Zara Sutherland, and I'm coming back around to you from the application processing branch. I'm … |
| 68 | 2026-04-13 | 14:49 | (904) 671-0923 | 217-438-0791 | | and I'm trying to reach you from the application processing section. I'm notifying you because our records indicate you've been confirmed for a … |

| No. | Date | Time | Caller ID | Callback | Lender named | Opening words of message |
|---|---|---|---|---|---|---|
| 69 | 2026-04-14 | 08:18 | (434) 248-1270 | 217-834-9303 | | Pre-qualification. Hi there, my name is Paloma Davenport, just dropping you a quick message from the Case Management branch. I'm notifying you … |
| 70 | 2026-04-16 | 12:07 | (707) 622-4606 | 217-834-9517 | | Approved for. Hi there, my name is Nellie McAllister, and I have some news you'll want to hear. I'm contacting you from the verification unit. I'm … |
| 71 | 2026-04-17 | 08:53 | (774) 321-9415 | 217-834-9517 | | Approved for installment. Hi there, my name is Nelly McAllister and I have some news you'll want to hear. I'm contacting you from the verification … |
| 72 | 2026-04-17 | 18:12 | (434) 373-8551 | 217-834-9685 | | For unsecured. Hi there, my name is Collette Brennan, and I'm coming back around to you from the Borrower Solutions Unit. I'm notifying you because … |
| 73 | 2026-04-20 | 11:55 | (830) 771-9877 | 217-863-7087 | | and I'm looping back around to you from the Borrower Solutions branch. I'm notifying you because our records indicate you've been fast tracked … |
| 74 | 2026-04-20 | 18:07 | (830) 751-9973 | 217-834-9977 | | For a pre-approved offer. Hi there, my name is Zara Sutherland, and I'm coming back around to you from the application processing branch. I'm … |